B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hollywood Hills Rehabilitation Center, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**73-1668362** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1200 N. 35th Avenue**<br>**Hollywood, FL**<br>ZIP Code **33021** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2421 NE 32 Court**<br>**Lighthouse Point, FL**<br>ZIP Code **33064** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
☑ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hollywood Hills Rehabilitation Center, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**High Ridge Management Corp.** | Case Number:<br>**15-16388-JKO** | Date Filed:<br>**4/08/15** |
| District:<br>**Southern** | Relationship:<br>**parent company** | Judge:<br>**Judge John K. Olson** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br> Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Hollywood Hills Rehabilitation Center, LLC** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Grace E. Robson**
Signature of Attorney for Debtor(s)

**Grace E. Robson 0178063**
Printed Name of Attorney for Debtor(s)

**Markowitz, Ringel, Trusty & Hartog, P.A.**
Firm Name

**101 NE Third Avenue**
**Suite 1210**
**Fort Lauderdale, FL 33301**

Address

**Email: grobson@mrthlaw.com**
**(954) 767-0030  Fax: (954) 767-0035**
Telephone Number

**April 7, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ High Ridge Management Corp.**
Signature of Authorized Individual

**High Ridge Management Corp.**
Printed Name of Authorized Individual

**Tamir Zury, Director**
Title of Authorized Individual

**April 7, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   Hollywood Hills Rehabilitation Center, LLC

Debtor(s)

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Avaya, Inc.<br>POB 93000<br>Chicago, IL 60673-0001 | Avaya, Inc.<br>POB 93000<br>Chicago, IL 60673-0001 | | Unliquidated | 8,871.28 |
| Centrad Healthcare LLC<br>184 Shuman Blvd Suite 130<br>Naperville, IL 60563-1219 | Centrad Healthcare LLC<br>184 Shuman Blvd Suite 130<br>Naperville, IL 60563-1219 | | Unliquidated | 4,008.31 |
| Chase Card Serv<br>POB 15153<br>Wilmington, DE 19886-5153 | Chase Card Serv<br>POB 15153<br>Wilmington, DE 19886-5153 | | Unliquidated | 43,401.29 |
| CHC of Florida<br>POB 6552<br>Carol Stream, IL 60197-6552 | CHC of Florida<br>POB 6552<br>Carol Stream, IL 60197-6552 | | Unliquidated | 39,335.28 |
| Cheney Brothers Inc<br>One Cheney Way<br>Riviera Beach, FL 33404-7000 | Cheney Brothers Inc<br>One Cheney Way<br>Riviera Beach, FL 33404-7000 | | Unliquidated | 93,996.79 |
| Ecolab Supplies (NC)<br>POB 905327<br>Charlotte, NC 28290-5327 | Ecolab Supplies (NC)<br>POB 905327<br>Charlotte, NC 28290-5327 | | Unliquidated | 6,045.32 |
| Edward Don & Company<br>2562 Paysphere Circle<br>Chicago, IL 60674 | Edward Don & Company<br>2562 Paysphere Circle<br>Chicago, IL 60674 | | Unliquidated | 4,757.33 |
| FL Agency for Health Care Administration<br>2727 Mahan Drive<br>Tallahassee, FL 32308 | FL Agency for Health Care Administration<br>2727 Mahan Drive<br>Tallahassee, FL 32308 | Amount is estimated based upon aging report dated January 27, 2015 | Unliquidated | 286,018.34 |
| Flat Iron Capital.<br>1700 Lincoln Street 12 Floor<br>Denver, CO 80203 | Flat Iron Capital.<br>1700 Lincoln Street 12 Floor<br>Denver, CO 80203 | | Unliquidated | 5,153.21 |
| HLE Medical<br>9659 Porta Leona Lane<br>Boynton Beach, FL 33472 | HLE Medical<br>9659 Porta Leona Lane<br>Boynton Beach, FL 33472 | | Unliquidated | 8,712.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Hollywood Hills Rehabilitation Center, LLC** _____      Case No. _____

_____Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Hollywood Property Investments, LLC**<br>**5996 SW 70th Street, 5th Fl.**<br>**Miami, FL 33143** | **Hollywood Property Investments, LLC**<br>**5996 SW 70th Street, 5th Fl.**<br>**Miami, FL 33143** | **Debtor disputes the default interest and extent of amounts asserted as "protective advances"** | **Unliquidated**<br>**Disputed** | **13,992,466.00** |
| **Marsh & McLennan Agency LLC**<br>**9850 NW 41 Street**<br>**Suite 100**<br>**Miami, FL 33178** | **Marsh & McLennan Agency LLC**<br>**9850 NW 41 Street**<br>**Suite 100**<br>**Miami, FL 33178** | | | **4,606.06** |
| **Medical Decision Services**<br>**2890 Marina Mile Blvd Suite 102**<br>**Fort Lauderdale, FL 33312** | **Medical Decision Services**<br>**2890 Marina Mile Blvd Suite 102**<br>**Fort Lauderdale, FL 33312** | | **Unliquidated** | **5,110.00** |
| **Medline Industries Inc**<br>**Medline Industries Inc Dept CH 14400**<br>**Palatine, IL 60055-4400** | **Medline Industries Inc**<br>**Medline Industries Inc Dept CH 14400**<br>**Palatine, IL 60055-4400** | | **Unliquidated** | **12,057.90** |
| **Partner RX, LLC**<br>**6555 Noca Drive #304**<br>**Davie, FL 33317** | **Partner RX, LLC**<br>**6555 Noca Drive #304**<br>**Davie, FL 33317** | **Amount as of April 2, 2015; actual amount owed as of Petition Date may differ** | **Unliquidated** | **6,971.39** |
| **Resource Services**<br>**4019 S.W. 30 Avenue**<br>**Fort Lauderdale, FL 33312** | **Resource Services**<br>**4019 S.W. 30 Avenue**<br>**Fort Lauderdale, FL 33312** | | **Unliquidated** | **22,489.10** |
| **RXPERTS Pharmacy Services Inc.**<br>**4032 N. 29th Ave.**<br>**Hollywood, FL 33020** | **RXPERTS Pharmacy Services Inc.**<br>**4032 N. 29th Ave.**<br>**Hollywood, FL 33020** | | | **62,945.55** |
| **TMC Quality Care Rehab Division**<br>**8477 S. Suncoast Blvd.**<br>**Homosassa, FL 33446** | **TMC Quality Care Rehab Division**<br>**8477 S. Suncoast Blvd.**<br>**Homosassa, FL 33446** | **As of April 2, 2015; actual amount as of Petition Date may differ** | **Unliquidated** | **279,597.49** |
| **Tri State Surgical Supply**<br>**409 Hoyt St**<br>**Brooklyn, NY 11231** | **Tri State Surgical Supply**<br>**409 Hoyt St**<br>**Brooklyn, NY 11231** | | **Unliquidated** | **38,605.08** |
| **Wayne Evancho**<br>**1380 Miami Gardens Dr.**<br>**Miami, FL 33179** | **Wayne Evancho**<br>**1380 Miami Gardens Dr.**<br>**Miami, FL 33179** | | | **12,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   <u>Hollywood Hills Rehabilitation Center, LLC</u>          Case No.   <u>                </u>

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Tamir Zury, Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   <u>4/7/15</u>               Signature   <u>                    </u>

                                                  **High Ridge Management Corp.**
                                                  **Tamir Zury, Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

## DEBTOR'S ADDENDUM TO LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

The foregoing List of Creditors Holding 20 Largest Unsecured Claims was prepared using information available to the Debtor as of the Petition Date. Prior to the Petition Date, a receiver was appointed who was in control of the Debtor's assets, including books and records. The Debtor, along with its affiliated debtors,[1] is filing the *Debtors' Emergency Motion For Turnover Of The Estate, Or In The Alternative, For Entry Of An Order Directing The Receiver To Provide (1) An Accounting, (2) Information Required By The Debtors To Comply With Their Obligations Duties As Debtors-In-Possession, And (3) Information Required By The Debtors To Facilitate A Sale Of Their Assets* (the "Turnover Motion"). The Turnover Motion seeks turnover of the Debtors' property. Once the Debtors receive the books and records from the receiver, it will amend this statement.

---

[1] The three affiliated debtors-in-possession are High Ridge Management Corp., Hollywood Hills Rehabilitation Center, LLC and Hollywood Pavilion, LLC.

A To Z Statewide Plumbing, Inc.
2215 Sw 58Th Terrace
Hollywood, FL 33023


Aaron M. Urban
1780 NW 15th Ave Ste 425
Pompano Beach, FL 33069


Ability Network Inc
Dept CH 16577
Palatine, FL 60055-6577


ABSOLUTE Security & Sound Systems
5892 Stirling Rd, Suite 3
Hollywood, FL 33021


ACAS Inc
7440 N.W. 4th Street, Apt. 204
Plantation, FL 33317


Active Fire Sprinklers, Inc.
3895 NW 6 Street
Miami, FL 33126


Ada Cotty
18497 NW 23rd Place
Pembroke Pines, FL 33029


ADP
POB 9001006
Louisville, KY 40290


ADP, Inc.
POB 9001006
Louisville, KY 40290-1006


Adrienne Weiss
2958 Bayside Ct
Wantagh, NY 11793, NY 11793


Advanced Orthopedics
POB 629
Palm Beach, FL 33480

Advantage Healthcare, Inc.
2832 Stirling Rd., #1
Hollywood, FL 33020


Aflac
1932 Wynnton Road
Columbus, GA 31999


AHCA
2727 Mahan Drive Mail Stop #14
Tallahassee, FL 32308


AHCA - Application
2727 Mahan Drive, Mail Stop 33
Tallahassee, FL 32308


AHCA - Medicaid Repmt
2727 Mahan Drive Bldg. 2, Ste. 200
Tallahassee, FL 32308


AHCA/NCAL PAC
1201 L Street NW
Washington, DC 20005


AHCA1
POB 13749-Mail Stop 14
Tallahassee, FL 32317-3749


AHIMA
POB 4295
Carol Stream, IL 60197


Airstron Inc
1559 SW 21St Avenue
Fort Lauderdale, FL 33312


Airstron, Inc.
1559 SW 21st Avenue
Hollywood, FL 33023


Airway Cleaning & Fireproofing
4720 Oakes Road Bay E Davie, Fl 33314
Davie, FL 33314

```
AJ Air Services, Inc. {v}
AJ Air Services, Inc. {v}


Aladdin Temp-Rite
POB 8500-3431
Philadelphia, PA 19178-3431


Alco
6851 High Grove Blvd
Burr Ridge, IL 60527


Alimed Inc
POB 9135
Dedham, MA 02027


All Fire Services, Inc.
2027 Sherman Street
Hollywood, FL 33020


Allied Mobile Xray
8360 W Flagler St Suite 207
Miami, FL 33144


Allscripts, LLC
24630 Network Place
Chicago, IL 60673-1246


Allstate Workplace Division
POB 678227
Dallas, TX 75267-8227


Alzheimers Association SE FL Chapter
POB 96011
Washington, DC 20090-6011


AMC Medical Transport
POB 66-8710
Miami, FL 33166


American Ambulance Service
POB 221178
Hollywood, FL 33022
```

American Commercial Appliance Service
7440 NW 4th Street #204
Plantation, FL 33317


American Eldercare, Inc.
14565 Sims Road
Delray Beach, FL 33484


American Health Information Management
233 N. Michigan Avenue 21st Floor
Chicago, IL 60601


American Medical Response
5551 Nw 9 Avenue
Fort Lauderdale, FL 33309


American Public Life
POB 11407
Birmingham, AL 35246-1613


Amerigroup RealSolutions
POB 934743
Atlanta, GA 31193-4743


AmSan1
POB 404468
Atlanta, GA 30384-4468


Angela Rosier.
United States


Anne Coon
5926 Filmore Street
Hollywood, FL 33021


Applicant 360
5635 Hoover Blvd
Tampa, FL 33634


Arlotta Entertainment
Arlotta Entertainment

Arnall Golden Gregory LLP
171 17th Street NW Suite 2100
Atlanta, GA 30363


Art Ayala
Art Ayala 987 NW 31st Avenue Pompano Bea
Pompano Beach, FL 33069


ASAP Programs Cypress Service Center
5635 Hoover Blvd
Tampa, FL 33634


Assa Abloy Entrance Systems
POB 827375 Philadelphia, PA 19182-7375
Philadelphia, PA 19182-7375


Avaya, Inc.
POB 93000
Chicago, IL 60673-0001


AvMed, Inc.
9400 S. Dadeland Blvd.
Miami, FL 33156


Babs Unlimited Inc.
10143 Mangrove Drive #305
Boynton Beach, FL 33437


BankAtlantic
BankAtlantic


Barbara Roberts
20837 NW 9th Court Apt 201
Miami Gardens, FL 33169


Bass-United Fire & Security Systems, Inc
1480 SW 3rd Street, Suite C-9
Pompano Beach, FL 33069


BB & T
BB & T

Bernard Miot Md PA
350 NW 84 AVE STE 312
Plantation, FL 33324


Besam Entrance Solutions
POB 827375
Philadelphia, PA 19182-7375


Beth Ann Beer
10143 Mangrove Drive #305
Boynton Beach, FL 33437


Betty Alvrez
2458 Polk St Apt 107
Hollywood, FL 33020


Borden Dairy of FLA, LLC
POB 904095
Charlotte, NC 28290-4095


Briggs
POB 1355
Des Moines, IA 50305-1355


Broad and Casseel Attorney at Law
215 South Monroe Street Suite 400
Tallahassee, FL 32301


Broad and Cassel
215 South Monroe Street Suite 400
Tallahassee, FL 32301


Broward Co Board of Commisioners
1 N. University Drive Suite 102
Plantation, FL 33324-2038


Broward County Board Of Commissioners
1 North University Drive #102
Plantation, FL 33324


Broward County Emergency Management
201 NW 84th Avenue
Plantation, FL 33324

Broward County Health Department
780 SW 24th Street
Fort Lauderdale, FL 33315-2316

Broward County Records, Taxes & Treas.
Government Center Annex
115 S. Andrews Avenue
Fort Lauderdale, FL 33301

Broward County Revenue Collection
115 S. Andrews Ave Room A-100
Fort Lauderdale, FL 33301

Broward County Tax Collector
1800 NW 66th Ave. Suite 100
Plantation, FL 33313-4523

Broward Institute
4440 Sheridan Street
Hollywood, FL 33021

Broward Regional Health Planning Council
915 Middle River Drive, Suite 120
Fort Lauderdale, FL 33304

Brown & Brown
14900 NW 79th Ct Suite 200
Miami Lakes, FL 33016

Byrd And Associates, LLC
POB 1749
Winter Park, Fl 32790

C&D Canvas, Inc.
2016 Wilson Street, Ste E
Hollywood, FL 33020

CAK Builders, Inc.
6202 Alan Road
Margate, FL 33063

Capital Office Products
210 Fentress Blvd
Daytona Beach, FL 32114

Cardiac Diagnostics, Inc
3357 Commercial Avenue
Northbrook, IL 60062


Careerbuilder.com
200 N. LaSalle St., Ste 1100
Chicago, IL 60601


CarePlus Health Plans, Inc.
11430 NW 20th Street, Suite 300
Miami, FL 33172


Carol Gimplin
34 South Belmont Circle
Oneonta, NY 13820


Carol Marie
5718 Nw 67Th Avenue
Tamarac, FL 33321


Carter Brothers Fire & Life Safety
POB 11407
Birmingham, AL 35246-1183


Centers for Medicare & Medicaid Services
7500 Security Blvd.
Baltimore, MD 21244


Centrad Healthcare LLC
184 Shuman Blvd Suite 130
Naperville, IL 60563-1219


Ceridian
POB 10989
Newark, NJ 07193


Charles Towey
3140 Calle Largo
Hollywood, FL 33021


Chase Card Serv
POB 15153
Wilmington, DE 19886-5153

CHC of Florida
POB 6552
Carol Stream, IL 60197-6552


Cheney Brothers Inc
One Cheney Way
Riviera Beach, FL 33404-7000


Christian Coloma
9 Island Ave, Apt. 701
Miami Beach, FL 33139


Christopher Gabel
4377 SW 140th Ave
Davie, FL 33330


Cintas Document Management
POB 633842
Cincinnati, OH 45263-3842


Circle Generator Service
POB 21002
Fort Lauderdale, FL 33335


City of Hollywood
POB 229045 Hollywood, FL 33022
Hollywood, FL 33022


City of Hollywood Treasury Srvs Division
2600 Hollywood Blvd, Room 103
Hollywood, FL 33020


City Of Hollywood Utility Bill Processin
POB 229187
Hollywood, FL 33022-9187


Claire Lipson
19333 Collins Avenue Apt 707
Sunny Isles Beach, FL 33163


Clerk of the Court, Probate Division
Rm 252, 210 SE 6th Street
Fort Lauderdale, FL 33301

Clia Laboratory Program
POB 530882
Atlanta, GA 30353-0882


CMS Communication
POB 790051
St. Louis, MO 63179-0051


CMS Regional Offie
61 Forsyth Street SW, Suite 4T20
Atlanta, GA 30303


Coastal Doors Inc.
5872 NW 54th Circle
Coral Springs, FL 33067


Colortrieve Records Systems, Inc.
POB 81260
Wellesley, MA 02481-0008


Columbia Scientific, LLC
420 NW 11th Avenue #617
Portland, OR 97209


COmForcare Broward South
3625 West Broward Blvd #201
Fort Lauderdale, FL 33312


CPT of South Florida, Inc.
2699 Stirling Rd Suite A101
Fort Lauderdale, FL 33312


CPT of South Florida.
2699 Stirling Road Suite A101
Fort Lauderdale, FL 33312


Creative Medical Services
8010 West 23 Avenue Suite 1
Hialeah, FL 33016


Cross Country Education
POB 200
Brentwood, TN 37024

CT Corporation
POB 4349
Carol Stream, IL 60197-4349


Curaspan Health Group, Inc.
Dept 2869 POB 122869
Dallas, TX 75312-2869


Curaspan Health Group, Inc.
One Gateway Center
300 Washington Street, Suite 850
Newton, MA 02458


CustomFit - ProLabs Inc.
8401 West McNab Road
Tamarac, FL 33321


Dade Paper Company
POB 523666
Miami, FL 33152


Dahlia Robinson
Dahlia Robinson


Daimler Chrysler
POB 5260
Carol Stream, IL 60197-5260


Daniel Sullivan
1118 N 46 Terr
Hollywood, FL 33021


David Goldberg, M.D.
6010 A1A South
St. Augustine, FL 32080


Davidson Collins, LLC
2600 Northside Crossing
Macon, GA 31210


Deborah Critti for Carol Gimplin
34 South Belmont Circle
Oneonta, NY 13820

Dell Marketing, LP
POB 534118
Atlanta, GA 30353-4118


DelRay Eye Associates, P.A.
16201 South Military Trail
DelRay Beach, FL 33484


Department of Justice
Department of Justice


Diaz Law Group Trial Lawyers, Inc
1430 South Dixie Highway 313
Coral Gables, FL 33146


Direct Supply
POB 88201
Milwaukee, WI 53288


DIRECTV
POB 60036
Los Angeles, CA 90060-0036


Dolores Hymson
Dolores Hymson


Donald Auto Repair
5620 Johnson Street
Hollywood, FL 33021


Donald Covert
2266 Avenida Alhambra
West Palm Beach, FL 33415


Douglas Lombardozzi
12 N. Dingles Rd
Pawling, NY 12564


Dr. Ernesto Ganaim, DDS
Dr. Ernesto Ganaim 434 SW 12th Ave., Sui
Miami, FL 33130

Dr. Wayne Evancho
5811 Castlegate Avenue
Davie, FL 33331


EAPA South Florida Chapter
POB 21744
Fort Lauderdale, FL 33335-1744


Eccolab Group
8370 W Flagler St Suite 216
Miami, FL 33144


Eccolab Group Co.
8370 West Flagler Street, Suite 216
Hialeah, FL 33016


Ecolab Food Safety
24198 Network Place
Chicago, IL 60673-1241


Ecolab Supplies (NC)
POB 905327
Charlotte, NC 28290-5327


Edge Information Management Inc.
POB 3378
Melbourne, FL 32902-3378


Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674


Electrical Masters
POB 653223
Miami, FL 33265


Elise Dejean
1020 NE 173 Street
Miami, FL 33021


Elizabeth C. Hewlett
1918 N 39th Ave
Hollywood, FL 33024

Elsie Rodriguez
7650 Taft Street
Hollywood, FL 33024


Employee Fiduciary
POB 3144
Mobile, AL 36652-3144


Engel Construction, Inc.
1523 Southwest 21st Ave.
Fort Lauderdale, FL 33312-3111


Enid Toyloy Korduba c/o Jack Dunmyer
503 SW 176th Way
Pembroke Pines, FL 33029


Enrique Perea
Enrique Perea


Ernest Avellanet
Ernest Avellanet


Extended Care Products
POB 4852
Johnson City, TN 37602-4852


EZ Way Inc
POB 89
Clarianda, IA 51632


Ezra Williams
17230 NW 56 Ave
Carol City, FL 33055


Fabienne Noailles
Fabienne Noailles


Father Monahan Home Association
600 Knights Road
Hollywood, FL 33021


Fedex
POB 660481
Dallas, TX 75266-0481

Felicia Long
Felicia Long


Fine Foods Southeast
2505 John P. Lyons Lane
Pembroke Park, FL 33099


FL Agency for Health Care Administration
2727 Mahan Drive
Tallahassee, FL 32308


FL Inst Cardio Care
3702 Washington St Suite 401
Hollywood, FL 33025


Flat Iron Capital.
1700 Lincoln Street 12 Floor
Denver, CO 80203


Florida Association Medical Staff
POB 7816
Naples, FL 34101


Florida Bracing Centers
1201 N. Federal Hwy Ste 3C
Fort Lauderdale, FL 33304-1457


Florida Department of Financial Services
200 East Gaines street
Tallahassee, FL 32399-0342


Florida Department of Health
POB 6320
Tallahassee, FL 32314-6320


Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0100


Florida Department of Revenue
5050 W. Tennessee St
Tallahassee, FL 32399-0110

Florida Department of Transportation
POB 880089
Boca Raton, FL 33488-0089

Florida Flame & Fire Safety Equipment
2651 Ne 186 Terrace
North Miami Beach, FL 33180

Florida Health Care Association
POB 1459
Tallahassee, FL 32302

Florida Institute for Cardio Care
2905 N. Commerce Parkway
Miramar, FL 33025-3957

Florida Medical Stat Lab
7660 Nob Hill Road
Tamarac, FL 33321

Florida Natural Gas
POB 934726
Atlanta, GA 31193-4726

Florida Reference Laboratory
7109 SW 43rd Street
Miami, FL 33155

Ford & Dean, P.A. Trust Acct
2875 NE 191 Street
Aventura, FL 33180

Foster Medical Supply Inc
3911 SW 47th Avenue Suite 911
Davie, FL 33314

Four Boys Construction
3801 SW 59th Terr Apt 104
Davie, FL 33314

Four Health Inc
1075 E. 14 St
Hialeah, FL 33010

FPL
General Mail Facility
Miami, FL 33188


Fred Pryor Seminars
POB 219468
Kansas City, MO 64121-9468


Gary D's Tree Service
9370 NW 20th Pl
Sunrise, FL 33322


Genadyne Biotechnologies, Inc.
16 Midland Ave
Hicksville, NY 11801


Glass Act Cleaning
POB 291464
Fort Lauderdale, FL 33329


GMC Air Conditioning Services, LLC
2301 NW 30th Place
Pompano Beach, FL 33069


Goldsmith & Grout, P.A.
POB 2011
Winter Park, FL 32790


Grainger Dept. 819574047
POB 419267
Kansas City, MO 64141-6267


Graybar Financial Services
POB 644006
Cincinnati, OH 45264-4006


Gresham Smith & Partners
POB 440029
Nashville, TN 37244-0029


Guardian - Appleton
POB 677458
Dallas, TX 75284-1968

Gulf South Medical Supply
POB 841968
Dallas, TX 75284-1968


Hankins & Ator, Attorneys at Law
4600 Military Trail, Suite 217
Jupiter, FL 33458


Harland Clarke Checks
Harland Clarke Checks


Harri Persaud C/O Lilowti Persaud
7850 NW 6th Street Apt 202
Pembroke Pines, FL 33024


HD Supply
POB 509058
San Diego, CA 92150


Health Trust, LLC
6801 Energy Court Suite 200
Sarasota, FL 34240


Healthcare Information Network, Inc.
POB 147
Liverpool, NY 13088


Heartland Textile Co
1111 W. 46th St #5
Kansas City, MO 64112


HearX, LTD
3251 Hollywood Blvd, Ste 456
Hollywood, FL 33021


Heritage Service Group of South Florida
POB 71595
Chicago, IL 60694-1595


Hertz Supply Company, Inc.
4315 Independence Dr
Schnecksville, PA 18078

HHRC Patient Funds Acct
1200 N. 35th Ave
Hollywood, FL 33021


High Ridge Management Corp.
High Ridge Management Corp.


Hill-Rom
POB 643592
Pittsburgh, PA 15264-3592


HLE Medical
9659 Porta Leona Lane
Boynton Beach, FL 33472


Hollywood Hills Receivership Acct
Hollywood Hills Receivership Acct United


Hollywood Hills Rehab Center
1200 N 35 St
Hollywood, FL 33021


Hollywood Hills Rehab Escrow
1200 N. 35th Ave
Hollywood, FL 33021


Hollywood Hills Rehab Hold Account
Hollywood Hills Rehab Hold Acct


Hollywood Janitorial Supply
500 N Dixie Hwy
Hollywood, FL 33020


Hollywood Pavillion, LLC
1201 N. 37 Avenue
Hollywood, FL 33021


Hollywood Prop Inv, LLV Tax Escrow Acct
Hollywood Prop Inv, LLV Tax Escrow Acct


Hollywood Property Investments, LLC
5996 SW 70th Street, 5th Fl.
Miami, FL 33143

Holy Cross Medical Group
POB 70700
Fort Lauderdale, FL 33307-0700


Home Depot Credit Services
POB 9055
Des Moines, IA 50368-9055


Howard Braver MD
3700 Washington St. Suite 500
Hollywood, FL 33021


Hulett Environmental Services Inc
POB 220928
West Palm Beach, FL 33422-0928


Human Capital Management
1000 Corporate Drive Suite 300
Fort Lauderdale, FL 33334


Humana Health Care Plans
POB 931655
Atlanta, GA 31193-1655


Humana, Inc.
Humana Correspondence Office
P.O. Box 14611
Lexington, KY 40512


Hurricane Towel Supply
688 Ne 40Th Ct
Oakland Park, FL 33334


IBP
POB 17
Haddonfield, NJ 08033


Immacula Drouillard
Immacula Drouillard


Inspired 2 Design, LLC
623 Forest Pine Drive
Ball Ground, GA 30107

Integrated Care LLC
POB 848720
Boston, MA 02284-8720


Integrity Tech Solutions, Inc.
155 Cameron Ct
Weston, FL 33326


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19114


Internal Revenue Service
Insolvency Support Group, Unit 1
STOP 5760
7850 S.W. 6th Court, Room 165
Fort Lauderdale, FL 33318


Isaac & Salgado Grondin, P.L.
267 Minorca Avenue, Suite 100
Miami, FL 33134


Isaac & Salgado Grondin, P.L.
267 Minorca Avenue Suite 100
Coral Gables, FL 33134


IV Access, Inc.
7089 Catalina Isle Dr.
Lake Worth, FL 33467


Ivans, Inc.
POB 850001
Orlando, FL 32885-0033


J.M. Arce Services
6030 SW 22 St
Miami, FL 33155


Janet Yarbrough-Moody
1975 NE 135th Street #3D
North Miami, FL 33181

Jason Sanders, MD, PL, LLC
3702 Washington Street Suite 404
Hollywood, FL 33021


Jean Marie
United States


Jennifer Garcia
Jennifer Garcia


Jerry Hall
Jerry Hall


Johannes V Blom MD PA
3702 Washington Street Suite 202
Hollywood, FL 33021


John Macaya, Nilda Portales
13255 SW 16th Ct Apt K408
Pembroke, FL 33027


Jon H. Steinmeyer
Replacement Receiver
c/o Isaac & Salgado Grondin, P.L.
267 Minorca Avenue, Suite 100
Miami, FL 33134


Jon H. Steinmeyer
100 NW 53 Street Apt 153
Doral, FL 33166


Joseph Delgrosso
Joseph Delgrosso 401 NW 109th Terr
Pembroke Pines, FL 33437


Judith Selig
Judith Selig 7658 Lockhart Way
Boynton Beach, FL 33437


Julie Pasterski
Julie Pasterski

Julie W. Allison, P.A.
1814 NE Miami Gardens Drive Suite 801
Miami, FL 33179


Justin DeJean
Justin DeJean


Karch Energy Contractors
14451 NE 2nd Court
Miami, FL 33161


Kci Usa Inc
POB 203086
Houston, TX 77216-3086


Kelly Kronenberg
8201 Peters Road Suite 4000
Fort Lauderdale, FL 33324


Kenco Hospitality
Kenco Hospitality


Kevin Inwood, M.D.,P.A.
641 University Blvd Suite 202
Jupiter, FL 33458


Kim Riley Commercial Services Inc
217 SW 9th Court
Pompano Beach, FL 33060


Kispert,Katherine C/O Richard Kispert
1100 NE 200th St
North Miami Beach, FL 33179


Kool Tech Property Services and Repair
1243 West 76 St
Hialeah, FL 33014


Krista Gaddis
2327 Mc Calellan Street #29-2
Hollywood, FL 33020

Kronos
POB 845748
Boston, MA 02284-5748


Kubicki Draper
25 West Flagler Street
Miami, FL 33130-1718


Kunkel Miller & Hament
15438 North Florida Avenue Suite 202
Tampa, FL 33616


L & M Resource, Inc
5327 NW 36th Avenue
Miami, FL 33142


Laf's Music Makers
1641 NW 63rd Avenue
Sunrise, FL 33313


Lank Oil Company
POB 100909
Fort Lauderdale, FL 33310


Latite Roofing
2280 W. Copans Road
Pompano Beach, FL 33069


Lauderdale Memorial Park
2001 South West Fourth Avenue
Fort Lauderdale, FL 33315


Laura Benson
2410 Marina Bay Dr. E Apt 109
Fort Lauderdale, FL 33312


Law Office of Peter A. Lewis, P. L.
3023 N. Shannon Lakes Drive Suite 101
Tallahassee, FL 32309


Law Offices of Dana M. Gallup, PA
4000 Hollywood Boulevard Presidential Ci
South Hollywood, FL 33021

Law Offices of Shannon Harvey, PA
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139


Leasing Associates
POB 203174
Dallas, TX 75320-3174


Leo Morris
900 NE 12th Avenue Apt 206
Hallandale, FL 33029


Leslie Shor
17555 Collins Avenue, Apt 2904
Sunny Isles Beach, FL 33160


Lexus Financial Services
POB 4102
Carol Stream, IL 60197-4102


Lexus of North Miami
14100 Biscayne Blvd
North Miami, FL 60197-4102


Lifegas
2304 Tarpley Rd., Suite 134
Carrolton, TX 75006


Lorman Education Services
5382 POB 2933
Milwaukee, WI 53201-2933


Lorna Clough
3253 Foxcroft Rd G-303
Miramar, FL 33025


Lorraine Harcombe
200 Golden Ilsles Drive Apt # 201
Hallandale, FL 33009


Margaret Casey
1540 NW 85 Way
Pembroke Pines, FL 33024

Margaret Lockhart
Margaret Lockhart


Marie Laurino
Marie Laurino


marie Nader
marie Nader


Mark and Kambour MD, PA
POB 100914
Atlanta, GA 30384-0914


Mark Early
1200 N. 35th Ave
Hollywood, FL 33025


Marlin Business Bank
POB 13604
Philadelphia, PA 19101-3604


Marsh & McLennan Agency LLC
9850 NW 41 Street
Suite 100
Miami, FL 33178


Martin Goldcoast
150 NW 70 Avenue Suite 5
Plantation, FL 33317


Marya Castillo
2061 Renaissance Blvd
Miramar, FL 33025


Maryanne Leger
76 Ace Ct
Freeport, FL 32439


Master Musicians
POB 4963
Deerfield Beach, FL 33442

Matheson Tri-Gas Inc.
7300 NW 58th St.
Miami, FL 33166


Matrixcare
POB 86
Minneapolis, MN 55486


Maxine Schenker
Maxine Schenker


Mckesson Medical-Surgical
POB 630693
Cincinnati, OH 45274-0693


Mdi Achieve
POB 86
Minneapolis, MN 55486-2905


Med Pass Inc
L-3495
Columbus, OH 43260-0001


Medical Decision Services
2890 Marina Mile Blvd Suite 102
Fort Lauderdale, FL 33312


Medical Transportation Management, Corp.
d/b/a AMC Medical Transportation
6605 NW 74th Avenue
Miami, FL 33166


Medicom, LLC
1090 Coney Island Ave Suite 202
Brooklyn, NY 11230


Medics Ambulance Service, Inc.
POB 5028
Deerfield Beach, FL 33442


Medline Industries Inc
Medline Industries Inc Dept CH 14400
Palatine, IL 60055-4400

Memorial Pembroke
7800 Sheridan Street
Pembroke, FL 33024

Memorial Regional Hospital {v)
POB 538488
Atlanta, GA 30353

Mercedes-Benz Financial
POB 9001680
Louisville, KY 40290-1680

Merchant Bankcard Fee
Merchant Bankcard Fee

Mesmen, Inc
3178 No Andrews Ave Ext
Pompano Beach, FL 33064

MG Trust Company
POB 46546
Denver, CO 80201

Michael Levy
Michael Levy

Michelle Williams
POB 1285
Dania, FL 30374-0441

Milner Document Products Inc.
POB 740441
Atlanta, GA 30374-0441

Milner Document Products, Inc.  740423
POB 740423
Atlanta, GA 30374-0423

Milner Documents Products - 740441
POB 740441
Atlanta, GA 30374-0441

Milner Documents Products - Dept 1608
POB 1608
Denver, CO 80291-1608


Milner Inc 923197
POB 923197
Norcross, GA 30010-3197


Mobile Eye Care Ass
10284 NW 47th St
Sunrise, FL 33351


Mobile Livescan Solutions, LLC
14202 SW152 CT
Miami, FL 33196


Monte Bernstein
394 SE 34 Way
Keystone Heights, FL 32656


Moore Stephens Lovelace, P.A.
14400 N.W. 77th Court Suite 306
Miami Lakes, FL 33016-1592


Morgan & Morgan, P.A.
20 North Orange Avenue Suite 1600
Orlando, FL 32801


Mozelle Gant Palm Gardens
2125 East Dixie Hwy
Aventura, FL 33180


Muses Of Music, Inc
1641 NW 63rd Avenue
Sunrise, FL 33313


Nancy Olaughlm
2709 Sherman Street
Hollywood, FL 33020


Natasha Haddaway
Natasha Haddaway

Natex Textile & Design
1835 E Hallandale Bch. Blvd. Suite #386
Hallandale Beach, FL 33009


National Breast Cancer Foundation
National Breast Cancer Foundation


NBHD Orthopaedic Group
POB 862851
Orlando, FL 32886-2851


North Miami Beach Surgi
120 NE 167th St
North Miami Beach, FL 33162-3403


Oasis Lawn Inc
4691 Sw 43Rd Terr
Dania, FL 33314


Oasis Lawn, Inc.
P.O. Box 4054
Hollywood, FL 33083


Odeth O'Meally
2561 SW 83rd Terrace
Miramar, FL 33025


Office of Public Guardian Barry Universi
12401 Orange Dr. Suite 211
Davie, FL 33330


Opta Comp Options Insurance
POB 862782
Orlando, FL 32886-2782


Oracle Diagnostic Laboratories
4081 SW 47 Avenue, Suite 1-4
Davie, FL 33314


Orkin Inc
3375 SW 3rd Ave
Fort Lauderdale, FL 33315-3303

Orthopaedic Associates of South
1150 N. 35th Ave Suite 390
Hollywood, FL 33021


Orthopedic & Reconstructive Surgery
4701 North Federal Highway
Fort Lauderdale, FL 33021


Oscar Santos
Oscar Santos


Pace Medical Maintenance, Inc
12973 SW 112 Street #195
Miami, FL 33186


Paramount Interiors Inc
525 N 21St Avenue
Hollywood, FL 33020


Park Shore Pharmacy
600 Ansin Blvd
Hallandale Beach, FL 33009


Partner RX, LLC
6555 Noca Drive #304
Davie, FL 33317


Pas-Tampa
6451 126th Avenue
North Largo, FL 33773


Patricia Held
Patricia Held


Patterson Logistics Services Inc.
1004 Cornerstone Drive
Mt. Joy, PA 17552-9419


Patty Sacco
Patty Sacco


Paulette Laforest
Paulette Laforest

Paulette Laforest Tyle
Paulette Laforest Tyle


Pdr Certified Public Accountants
29750 U.S. Hwy. 19 North Suite 101
Clearwater, FL 33761


PeachTree Business Products
POB 670088
Marietta, GA 30066


Pearl Block
3101 North Country Club Apt 205
Aventura, FL 33180


Perlman,Bajandas,Yevoli, Albright,PLTrus
200 South Andrews Avenue Suite 600
Fort Lauderdale, FL 33301


Personnel Concepts
POB 5750
Carol Stream, IL 60197-5750


Peter Stassi
5009 Quail Creek Dr
McKinney, TX 75070


Petty Cash
1200 N 35Th Avenue
Hollywood, FL 33020


Philomena Demaio
8470 NW 11th Street
Pembroke Pines, FL 33024


Pitney Bowes
POB 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Purchas Power
POB 371874
Pittsburgh, PA 15250-7874

Plumb Tech Group, Inc.
8931 SW 52nd St
Miami, FL 33165


PMS Plumbing
POB 291917
Davie, FL 33329


Positive Promotions, Inc.
15 Gilpin Ave
Hauppauge, NY 11788


Power Depot Inc.
3553 N.W. 78th Avenue
Miami, FL 33122-1134


Prestige Intl. Trading Group
6135 NW 167th Street, Suite E4
Miami, FL 33015


Printing on Shirts
2707 NW 19th Street
Pompano Beach, FL 33069


Progressive
POB 105428
Atlanta, GA 30348-5428


Protano & Sons, Inc.
2301 North 22nd Avenue
Hollywood, FL 33020


Pure Beverage Systems, Inc.
3195 N. Powerline Road Suite 112
Pompano Beach, FL 33069


Quality Care Rehab, Inc.
8477 S. Suncoast Boulevard
Homosassa, FL 34446


Ravenswood Warehouses
5933 Ravenswood Rd #A
Dania, FL 33312

Ravenswood Warehouses
5925 Ravenswood Road, D #5
Fort Lauderdale, FL 33312


RB Health Partners, Inc.
210 So. Pinellas Ave., Ste. 260
Tarpon Springs, FL 34689


Rebrecca Nirmal
Rebrecca Nirmal


Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130


Resource 4 Floors
3350 Burris Road
Fort Lauderdale, FL 33314


Resource Services
4019 S.W. 30 Avenue
Fort Lauderdale, FL 33312


Roberto D. Vital
760 NW 161 St Avenue
Pembroke Pines, FL 33028


Roman Welch.
Roman Welch.


Rory Cass
Rory Cass Rory Cass


Rose Chiacchiera C/O Lyn Barreca
15 Rose Place
West Paterson, NJ 07424


Rosemarie L Kimelman
12990 SW 56th Street
Southwest Ranches, FL 33330


Rosemary Petrone
Rosemary Petrone

RR Design and Construction
8931 SW 52 St.
Miami, FL 33162


RSR
POB 1271
Miami, FL 33197


Rush Door & Closer Services
1801 NW 111th Terrace
Pembroke Pines, FL 33026


RXPERTS Pharmacy Services Inc.
4032 N. 29th Ave.
Hollywood, FL 33020


RXPERTS PHARMACY SERVICES, INC.
4040 N. 29th Avenue
Hollywood, FL 33020


S & D Coffee Inc
POB 1628
Concord, NC 28026


S & S Optimum Rehab and Staffing Service
14906 Collection Center Dr.
Chicago, IL 33445


Sanders Center for Orthpaedic Excellence
3702 Washington St Ste 404
Hollywood, FL 33021


Sandra Lou Lamp
1671 SW 116th Avenue
Pembroke Pines, FL 33025


Schultz Low Voltage Systems
11220 Metro Parkway Suite 21
Fort Myers, FL 33966


Seitlin
9800 NW 41st Street Suite 300
Miami, FL 33178

Seitlin, A Marsh & McLennan Agency
9850 NW 41st Street Suite 100
Miami, FL 33178


Sharon Patton
3811 Cypress Lake Dr
Lake Worth, FL 33467


Shauntay Mitchell
5431 SW 38 Court
West Park, FL 33023


Sherry Harris
Sherry Harris


Sherwin Williams Co.
2733 Hollywood Blvd
Hollywood, FL 33020


Shirley Popejoy
2113 N. 66th Ave
Hollywood, FL 33024


Shoes for Crews, LLC
1400 Centrepark Blvd Suite 310
West Palm Beach, FL 33401-7403


Simplified Software Development, LLC
POB 1077
Palm Harbor, FL 34682-1077


Simplified Software Development, LLC
28050 US 19 North, Suite 509
Clearwater, FL 33761


Smikle Training Services
4990 Dorsey Hall Drive, #A5
Ellicott City, MD 21042


Social Security Office
500 North Hiatus Road Unit 2
Pembroke PInes, FL 33026

Solstas Lab Partners
POB 751337
Charlotte, NC 28275-1337


Sosa's Contruction
1520 NE 43 Ct
Pompano Beach, FL 33064


South Florida Medical Corp
6462 East Rogers Circle
Boca Raton, FL 33487


South Florida Urology Center
601 N Flamingo Rd, Suite 308
Pembroke Pines, FL 33028


Space Tables, Inc
11511 95th Ave N
Maple Grove, MN 55369


Stabilis Capital Management, LP
767 Fith Avenue, 12th Floor
New York, NY 10153


Stearns Weaver Miller Weissler Alhadeff
150 West Flagler Street, Suite 2200
Miami, FL 33130


Stephen Hoyt
7957 Shalimar Street
Miramar, FL 33023


Stericycle Inc
POB 6582
Carol Stream, IL 60197-6582


Stericycle, Inc.
4010 Commercial Avenue
Northbrook, IL 60062


Structural Systems, Inc
440 East Sample Road, Ste 207
Pompano Beach, FL 33064

Summit Professional Education
POB 908
Franklin, TN 67065


Sun Sentinel
POB 9001158
Louisville, KY 40290-1158


Sunrise Family Foot Care Center
10109 West Oakland Park Blvd
Sunrise, FL 33351


Swallowing Diagnostics, Inc
11085 NW 15th St
Coral Springs, FL 33071


Sync System Technologies, Inc
4613 N. University Dr. #464
Coral Springs, FL 33067


Tallowmasters, LLC
9401 NW 106th Street, #102
Miami, FL 33178


Tamir Zury
Tamir Zury


Tech Air, Inc
511 E. Prospect Road
Oakland Park, FL 33334


Teco Peoples Gas
POB 31017
Tampa, FL 33631-3017


The Hartford
POB 660916
Dallas, TX 75266-0916


The Miami Herald
POB 3030
Livonia, MI 48151-3030

The School Board of Broward County, FL
POB 5408
Fort Lauderdale, FL 33310


Therapy Equipment Technical Srvs
605 SE 12th Avenue
Deerfield Beach, FL 33441


Thomas Sette C/O Harriet Colucci
21 S.E. 2nd Street
Dania, FL 33004


Thomas Wilton C/O Carl Ambrose
435 Trier Road NW
Palm Bay, FL 32907


Thyssen Elevator
POB 933004
Atlanta, GA 31193-3004


TMC Quality Care Rehab Division
8477 S. Suncoast Blvd.
Homosassa, FL 33446


Total Mobility Services LLC
5837 Johnson Street
Hollywood, FL 33021


Tri State Surgical Supply
409 Hoyt St
Brooklyn, NY 11231


Tridien Medical Systems
2620 Momentum Place
Chicago, IL 60689-5326


Tyco Integrated Security LLC
POB 371967
Pittsburgh, PA 15250-7967


U & Me Record Management
2626 Electronics Way
West Palm Beach, FL 33407

U.S. Attorney General - Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530


U.S. Attorney's Office
Wilfredo A. Ferrer, U.S. Attorney
99 NE 4th Street
Miami, FL 33132


U.S. Journal Training, Inc.
3201 S.W. 15th Street
Deerfield Beach, FL 33442-8190


U.S. Legal Support Inc
515 East Las Olas Blvd Third Floor
Fort Lauderdale, FL 33301


UHRS
POB 1271
Miami, FL 33197


Ultimed Health Advisors Inc
11600 SW 105th Terrace
Miami, FL 33176


UniFirst Corporation
500 S.W. 13th Terrace
Pompano Beach, FL 33069


Unishred
POB 11369
Fort Lauderdale, FL 33339


Universal Hospital Services, Inc. SDS 12
POB 86
Minneapolis, MN 55486-0940


Univita Specialty Infusion Pharmacy, Inc
POB 260670
Pembroke PInes, FL 33026


UPS
POB 7247-0244
Philadelphia, PA 19170-0001

Urology Specialty Group LLc
POB 432180
Miami, FL 33243


US Foodservice
POB 281838
Atlanta, GA 33243


Valentin Aguinaga
5901 SW 198th Terrace
Southwest Ranches, FL 33332


Verizon Wireless
POB 660108
Dallas, TX 75266-0108


VP Press
3934 Davie Blvd
Fort Lauderdale, FL 33312


Waste Management
POB 105453
Atlanta, GA 30348-5453


Watertron, Inc.
285 Ne 185Th Street Bay 10
Miami, FL 33179


Wayne Evancho
1380 Miami Gardens Dr.
Miami, FL 33179


Westwood Insurance Group
1250 Linda Street
Rocky River, OH 44116


Wilkes & McHugh, P.A.
1 North Dale Mabry Hwy, Ste 800
Tampa, FL 33609


WIllie Schauseil
2210 Sunshine Blvd
Miramar, FL 33023

```
Windstream
POB 9001013
Louisville, KY 40290-1013


Workspace Supply
3400 NE 192 St Suite 1406
Aventura, FL 33180


World Cinema  Inc
9801 Westheimer Westchase Bank Building
Houston, TX 77042


WPS- Medicare.
912 North Pentecost Drive
Marion, IL 62959


YP
POB 5010
Carol Stream, IL 60197-5010


Yuriy Zamoshchik
Yuriy Zamoshchik


Yvonne Mattar C/O Michelle Matar
3901 North 39th Ave
Hollywood, FL 33021


Zicaro Services, Inc
2960 NW Commerce Park Drive
Boynton Beach, FL 33426
```